JP:KMT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

12M584

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DERRICK BRADLEY,

        Defendant.

- - - - - - - - - - - - - - - - - - -X

REMOVAL TO THE
NORTHERN DISTRICT OF
NEW YORK

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

    James Richardson, being duly sworn, deposes and states that he is a Deputy United States Marshal, duly appointed according to law and acting as such.

    On or about June 13, 2012, an arrest warrant was issued by the United States District Court for the Northern District of New York commanding the arrest of the defendant DERRICK BRADLEY, for a violation of supervised release, pursuant to Title 18, United States Code, Section 3583.

    The source of your deponent's information and the grounds for his belief are as follows:

    1.  In or about January 11, 2008, the defendant DERRICK BRADLEY was convicted in the Eastern District of New York for Conspiracy to Distribute and Posses with Intent to Distribute 5 Grams or More Cocaine Base and Cocaine, in violation of Title 21, United States Code, Sections 846 and 841, and sentenced to a 62-month term of incarceration to be followed by five years of supervised release. On February 8, 2012, the defendant's

supervision was transferred to the Northern District of New York.

2. In or about March 10, 2011, the defendant DERRICK BRADLEY was convicted in the Northern District of New York for Violation of Supervised Release and sentenced to a 6-month term of incarceration to be followed by 48 months of supervised release.

3. On June 13, 2012, the District Court for the Northern District of New York issued an arrest warrant for the defendant DERRICK BRADLEY for violating the conditions of his supervised release. A copy of the arrest warrant from the Northern District of New York is attached hereto. Specifically, the arrest warrant charges DERRICK BRADLEY with violating the conditions of his Supervised Release, requiring that he reside in a residential reentry center for a period of three months, and that he refrain from using any narcotic or controlled substance, except as prescribed by a physician.

4. Prior to effecting the Northern District of New York arrest warrant, Marshals in the Northern District of New York provided our office with a picture of the defendant DERRICK BRADLEY as well as his pedigree information, which included his name, date of birth, social security number, FBI number and the address of his current residence.

5. On June 19, 2012 at approximately 5:45 a.m., United States Marshals Task Force located defendant DERRICK BRADLEY at his residence, 416 Columbia St. Apartment 1C, Brooklyn, NY, 11231. United States Marshals identified defendant

3

DERRICK BRADLEY using the photograph supplied by the Marshal Service in the Northern District of New York. Defendant DERRICK BRADLEY provided his name and his date of birth, which also confirmed his identity. Defendant DERRICK BRADLEY was placed under arrest.

WHEREFORE, it is requested that the defendant DERRICK BRADLEY be dealt with according to law.

JAMES RICHARDSON
Deputy Marshal
United States Marshals Service

Sworn to before me this
19th day of June, 2012

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK



N.D. OF N.Y.
FILED
JUN 13 2012
LAWRENCE K. BAERMAN, CLERK
ALBANY

**United States District Court
for the
Northern District of New York
Amended Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Derrick Bradley                Case Number: 1:10-CR-221 (LEK)

Name of Sentencing Judicial Officer:   Honorable David Trager, Senior U.S. District Judge (EDNY)
Supervision Transferred to NDNY on 2/18/10; Honorable
Lawrence E. Kahn, Senior U.S. District Judge

Date of Original Sentence:   1. January 11, 2008
2. March 10, 2011

Original Offense:   1. Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams or More Cocaine Base and Cocaine.
2. Violation of Supervised Release (Drug Use & New Criminal Conduct)

Original Sentence:   1. 62 Months Incarceration, 5 Years Supervised Release
2. 6 Months Incarceration, 48 Months Supervised Release

Type of Supervision:   Supervised Release        Date Supervision Commenced:   8/26/2011

Asst. U.S. Attorney:   Carlos Moreno        Defense Attorney:   Paul Evangelista

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | <u>The defendant shall reside for a period of three (3) months in a residential reentry center or other suitable facility and shall observe the rules of that facility.</u><br>On January 26, 2012, the defendant's conditions were modified to include a three month placement in a residential reentry center. On March 15, 2012, the defendant was unsuccessfully discharged from the Residential Re-Entry Center due to continued drug use. |
| 2. | <u>The defendant shall refrain from excessive use of alcohol, and shall not purchase, possess, use, distribute, or administer any other narcotic or other controlled substance, except as prescribed by a physician.</u><br>The defendant tested positive for Marijuana on August 29, 2011, October 14, 2011, January 3, 2012, January 17, 2012, February 6, 2012, February 21, 2012, March 4, 2012, March 6, 2012, and May 30, 2012. |

Prob 12C                      -2-                      Petition for Warrant
for Offender Under Supervision

Name of Offender: Derrick Bradley                Case Number: 1:10-CR-221 (LEK)

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [X]    Revoked
    [ ]    Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 12, 2012

Approved by: _____ by: _____

CHRISTOPHER V. MCNEILL        DAN CASULLO
Supervising U.S. Probation Officer     U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Summons
[ ] Other
[X] The Issuance of a Warrant. This petition and all documents attached hereto are SEALED until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby ORDERED NOT to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

_____
Signature of Judicial Officer

6/13/12
Date